816 A.2d 1096

PARKESBURG BOROUGH

v.

UNEMPLOYMENT COMPENSATION BOARD OF REVIEW, Virginia Devaney, Intevenor.

Petition of Virginia Devaney, Intervenor.

Parkesburg Borough

v.

Unemployment Compensation Board of Review, Virginia Devaney, Intevenor.

Cross Petition of Unemployment Compensation Board of Review.

Supreme Court of Pennsylvania.

Feb. 18, 2003.

## ORDER

PER CURIAM.

**AND NOW,** this 18th day of February, 2003, the Petition for Allowance of Appeal at No. 543 MAL 2002 is hereby DENIED. The Cross–Petition for Allowance of Appeal at No. 585 MAL 2002 is hereby GRANTED. The order of the Commonwealth Court is vacated and the matter is remanded for reconsideration in light of *Burger v. UCBR*, 569 Pa. 139, 801 A.2d 487 (2002).

Justice LAMB did not participate in the consideration or decision of this matter.